UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MILLER,

          Plaintiff,

    v.

LVNV FUNDING, LLC,

          Defendant.

Case No. 2:26-cv-0360-DAD-JDP (PS)

ORDER TO SHOW CAUSE

The court previously issued an order setting an initial scheduling conference for May 7, 2026, and directing the parties to file status reports by no later than April 23, 2026. ECF No. 8. Defendant timely submitted a status report. Plaintiff, however, failed to file his own status report.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file a status report.  Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in a recommendation that this action be dismissed.  Should plaintiff wish to continue with this lawsuit, he shall also file a status report as required by the court's March 26, 2026 order.  *See* ECF No. 8.

Accordingly, it is hereby ORDERED that:

1. The initial scheduling conference currently set for May 7, 2026, is continued to June 11, 2026, at 10:00 a.m.

2. By no later than May 28, 2026, plaintiff shall file a status report in accordance with the court's March 26, 2026 order.  *See* ECF No. 8.

3. Plaintiff shall show cause, by no later than May 28, 2026, why sanctions should not be imposed for failure to comply with the court's March 26, 2026 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and for failure to comply with court orders.

IT IS SO ORDERED.

Dated:    April 30, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2